**FILED**

NOV 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MICHAEL T. ANDERSON.<br><br>────────────────────────<br><br>MICHAEL T. ANDERSON,<br><br>    Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, MISSOULA,<br><br>    Respondent,<br><br>SCOTT BRODIE; et al.,<br><br>    Real Parties in Interest. | No. 19-72546<br><br>D.C. No. 9:19-cv-00095-DLC<br>District of Montana,<br>Missoula<br><br>ORDER |

Before: BYBEE, IKUTA, and OWENS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of the court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Ct.*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No further filings will be accepted in this closed case.

**DENIED.**